IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| YOEL WEISSHAUS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-cv-00035-Z |
| | § | |
| STEVE COY TEICHELMAN, AND | § | |
| 100TH JUDICIAL DISTRICT, | § | |
| | § | |
| DEFENDANTS. | § | |

## CERTIFICATE OF INTERESTED PERSONS

In accordance with N.D. Tex. L.R. 7.4, Defendants Steve Teichelman and the 100th Judicial District, through their attorney of record, state that based on their knowledge and belief, no person, association of persons, firm, partnership, corporation, guarantor, insurer, affiliate, parent or subsidiary corporation, or other legal entity is financially interested in the outcome of this case, except for the following:

1. The named parties;

2. The attorneys of record for the named parties, and any firms with which those attorneys may be associated.

Respectfully submitted,

*/s/ Slater C. Elza*
Slater C. Elza
State Bar No. 24000747
slater.elza@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
P.O. Box 9158
Amarillo, Texas  79105
Tel:  (806) 376-5613
Fax:  (806) 379-0316

>Brad R. Timms
>State Bar No. 24088535
>brad.timms@uwlaw.com
>UNDERWOOD LAW FIRM, P.C.
>1008 Macon Street, Suite 101
>Fort Worth, Texas  76102
>Tel:  (817) 885-7529
>Fax:  (817) 439-9922
>
>ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties of record via the Court's Electronic Filing System on the 30th day of March, 2022.

>*/s/ Slater C. Elza*
>Slater C. Elza