IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| YOEL WEISSHAUS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-035-Z-BR |
| | § | |
| STEVE COY TEICHELMAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge issued an order **GRANTING** Defendant 100th Judicial District's Motion to Dismiss (ECF No. 10) and **DISMISSING** all claims against Defendant 100th Judicial District.

Judgment is rendered accordingly.

May 25, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE