IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| YOEL WEISSHAUS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-cv-035-Z-BR |
| | § | |
| STEVE COY TEICHELMAN and | § | |
| 100th JUDICIAL DISTRICT | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING STAY OF SCHEDULING ORDER AND DISCOVERY

Pending before the Court is Defendant Steve Coy Teichelman's Motion to Stay Scheduling Order Deadlines and Discovery and Request for Ruling Regarding Qualified Immunity. (ECF 23). No response to the motion was filed.

While the motion purportedly "requests a ruling from the Court regarding his qualified immunity to suit" (*id*. at 1), and for stay "pending a ruling on the issue of qualified immunity through summary judgment procedures" (*id*. at 3), no supporting motion has been presented to the Court. Therefore, to the extent that Defendant Teichelman's instant motion could be construed as requesting a finding on qualified immunity, such motion is denied as moot, without prejudice to filing a motion for summary judgment on the qualified immunity issue.

Having considered the Motion for Stay of Scheduling Order and Discovery, and finding good cause for the reasons stated in the motion, the motion is GRANTED. All pending scheduling order and discovery deadlines that have not passed shall be stayed until January 3, 2023, and new deadlines shall be set. The Court will enter an amended scheduling order reflecting the same.

IT IS SO ORDERED.

ENTERED September 7, 2022.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE