IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| YOEL WEISSHAUS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-cv-00035-Z |
| | § | |
| STEVE COY TEICHELMAN, AND | § | |
| 100TH JUDICIAL DISTRICT, | § | |
| | § | |
| DEFENDANTS. | § | |

### APPENDIX TO DEFENDANT STEVE COY TEICHELMAN'S MOTION FOR SUMMARY JUDGMENT

Defendant Steve Coy Teichelman files this Appendix to Defendant's Motion for Summary Judgment. To assist the Court in its review of the documents included in the Appendix, Defendants include the following table reference:

| Page | Description |
|---|---|
| APPX. 001-003 | Affidavit of Steve Coy Teichelman |

Respectfully submitted,

*/s/ Brad R. Timms*
Slater C. Elza
State Bar No. 24000747
slater.elza@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
P.O. Box 9158
Amarillo, Texas  79105
Tel:  (806) 376-5613
Fax:  (806) 379-0316

Brad R. Timms
State Bar No. 24088535
brad.timms@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
1008 Macon Street, Suite 101
Fort Worth, Texas  76102
Tel:  (817) 885-7529
Fax:  (817) 439-9922

ATTORNEYS FOR DEFENDANT STEVE COY TEICHELMAN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties of record via the Court's Electronic Filing System on the 28th day of September, 2022.

*/s/ Brad R. Timms*
Brad R. Timms

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| YOEL WEISSHAUS, | § § § | |
| PLAINTIFF, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-cv-00035-Z |
| STEVE COY TEICHELMAN, AND 100TH JUDICIAL DISTRICT, | § § § § | |
| DEFENDANTS. | § § | |

## AFFIDAVIT OF STEVE COY TEICHELMAN

STATE OF TEXAS §
§
COUNTY OF _____ §

BEFORE ME, the undersigned authority, on this day personally appeared Steve Coy Teichelman, who is known to me, and after having first been duly sworn according to law, on his oath deposed and said as follows:

1. "My name is Steve Coy Teichelman. I am over twenty-one (21) years of age. I have never been convicted of a felony, and I am fully competent to make this affidavit. I have personal knowledge of the facts stated herein and they are true and correct.

2. "I have been a certified Texas Peace Officer since 2007. I worked as an officer for the Childress Police Department from 2007 through 2019. I left the Childress Police Department in 2019 and joined the 100th Judicial District where I work as an Investigator.

3. "I was certified in 2011 to handle K-9 officers. I have advanced training in highway interdiction and identifying deceptive behavior. I attend yearly continuing education courses through Highway Interdiction Training Specialists, Inc. Those courses include training on Advanced Roadside Interview Techniques for Patrol Officers, Advanced Vehicle Contraband Concealment, and Criminal

Patrol/Drug Interdiction.

4. "In my role as Investigator with the 100th Judicial District, I routinely patrol I-40 with my K-9 partner, Kobra. I am certified to handle Kobra, and Kobra is registered and trained to alert to narcotics with a passive response. Kobra is trained to sit or lay down and wait once she finds a scent.

5. "The I-40 corridor I regularly patrol is routinely used for human and drug trafficking. On March 2, 2020, I observed Yoel Weisshaus speeding and displaying an obscured license plate/registration insignia as he drove on I-40. I pulled Mr. Weisshaus over based on these traffic violations. Mr. Weisshaus appeared to be a middle-aged male. Mr. Weishauss was traveling with an African-American female that appeared to be in her early 20s. I made contact with the driver, Mr. Weisshaus, and I asked him to walk with me to my patrol car as I ran his license and registration information. The passenger remained in the vehicle.

6. "While in my patrol vehicle, as I ran the license and registration information, I asked Mr. Weishauss questions regarding where he was traveling, how long he intended to stay at his destination, and his lodging plans. Mr. Weishauss' driver's license indicated he lived in New Jersey. Mr. Weishauss was short with his responses and was unable to provide any details as to a general itinerary, hotel accommodations, or length of stay at his destination. Based on Mr. Weishauss' short and incomplete answers, coupled with Mr. Weishauss traveling with a driver's license from New Jersey on I-40—a known drug and human trafficking corridor—with a female that appeared to be considerably younger than him with no familial connection, I developed a reasonable suspicion of criminal activity. My reasonable suspicion developed when Mr. Weishauss was in my patrol vehicle as I was questioning him and running his driver's license and registration information.

7. "After Mr. Weishauss was unable to provide the duration of his travel plans, provide a general itinerary, or general hotel/lodging information, I believed it necessary to question the female passenger. The asked the female passenger the same general questions that I asked Mr. Weishauss. The female passenger also could not provide details as to the duration of the trip or general hotel/lodging information. The female passenger appeared nervous, timid, and scared. She looked at the floorboard and failed to make any eye contact with me at any time during the questioning.

8. "At this point, my reasonable suspicion of criminal activity elevated, and I asked the driver for consent to search the vehicle. He refused consent. I determined there was reasonable suspicion sufficient to warrant a quick sniff of the exterior of the vehicle by my K-9 partner. I asked the passenger and Mr. Weishauss to stand at a safe distance from the vehicle as I walked Kobra around the vehicle for about one minute. Kobra gave me a passive alert to the scent of narcotics. Based on Kobra's alert, I briefly searched the vehicle. However, after the search, I was unable to find any narcotics. I then let Mr. Weishauss and his passenger leave with a warning to Mr. Weishauss related to his speeding and obscured license plate/registration insignia.

9. "The dashboard camera footage was automatically deleted 90 days after the stop pursuant to applicable retention policy."

FURTHER AFFIANT SAYETH NOT.

_____
Steve Coy Teichelman, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME by STEVE COY TEICHELMAN, on this 26th day of Sept, 2022, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

DIANE EVANS
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 11/29/22
NOTARY ID 744237-8

3