# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| YOEL WEISSHAUS, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:22-cv-00035-z |
| | § |
| STEVE COY TEICHELMAN, and | § |
| 100th JUDICIAL DISTRICT, | § |
| | § |
| *Defendants.* | § |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Response to Defendant's Motion for Summary Judgement. (ECF 27). A brief that sets forth the arguments and authorities on which Plaintiff relies in support of the Response is filed separately. Defendant's motion should be denied as there are genuine disputes of material fact concerning (1) whether Defendant had probable cause or reasonable suspicion to support detaining Mr. Weisshaus after the purposes of the traffic stop had concluded as Mr. Weisshaus was not suspected of committing a crime and was not in the process of committing a crime when he was instructed not to leave and (2) whether an illegal search of Plaintiff's vehicle was conducted as Defendant had no probable cause, warrant, exception to the warrant requirement, nor consent.  For the reasons and arguments set forth in the accompanying brief, Plaintiff respectfully requests this Court deny Defendant's Motion for Summary Judgement (ECF 27) and for such other and further relief to which he may be entitled, general or special, at law or in equity.

Respectfully submitted,

/s/ *Breanta Boss*
BREANTA BOSS

        Texas Bar No. 24115768
        SCOTT H. PALMER
        Texas Bar No. 00797196

        JAMES P. ROBERTS
        Texas Bar No. 24105721

        SCOTT H. PALMER, P.C.
        15455 Dallas Parkway,
        Suite 540, LB 32
        Dallas, Texas 75001
        Tel: (214) 987-4100
        Fax: (214) 922-9900
        scott@scottpalmerlaw.com
        james@scottpalmerlaw.com
        breanta@scottpalmerlaw.com

        ATTORNEYS FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was forwarded to all counsel of record, in a manner authorized by Rule 5, of the Federal Rules of Civil Procedure, on October 19, 2022.

        /s/ *Breanta Boss*
        BREANTA BOSS