IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| YOEL WEISSHAUS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:22-CV-035-Z-BR |
| STEVE COY TEICHELMAN, | § § § | |
| Defendant. | § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge issued an order **GRANTING** Defendant Steve Roy Teichelman's Motion for Summary Judgment (ECF No. 26) on all of Plaintiff's claims.

Judgment is rendered accordingly.

October 27, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE